**TRIUNE STAR, INC., Plaintiff–Appellant,**

**v.**

**The WALT DISNEY COMPANY and WDIG Mobile, LLC (doing business as Disney Mobile), Defendants,**

**and**

**Pantech & Curitel Communications, Inc., Pantech Co. Ltd., Pantech Wireless, Inc., LG Electronics, Inc., and LG Electronics Mobilecomm USA, Inc., Defendants–Appellees.**

**No. 2009–1371.**

United States Court of Appeals, Federal Circuit.

Aug. 24, 2009.

Patrick J. Kelleher, Drinker Biddle & Reath LLP, Chicago, IL, Defendants–Appellees.

Keith V. Rockey, Rockey, Depke & Lyons, LLC, Chicago, IL, for Plaintiff–Appellant.

## ON MOTION

### *ORDER*

Triune Star, Inc. moves to withdraw its appeal. Pantech & Curitel Communications, Inc. et al. consent.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.